# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 22-cr-142** |
| **LAYE SEKOU CAMARA** | : | **FILED *EX PARTE, IN*** |
| **a/k/a "K1"** | | ***CAMERA* AND UNDER SEAL** |
| **a/k/a "Dragon Master"** | : | **WITH THE CLASSIFIED** |
| | | **INFORMATION SECURITY** |
| | | **OFFICER OR DESIGNEE** |

## THE GOVERNMENT'S MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(D)(1)

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s/ Kelly Harrell*
LINWOOD C. WRIGHT, JR.
KELLY HARRELL
Assistant United States Attorneys

CHELSEA SCHINNOUR
Trial Attorney
United States Department of Justice
Human Rights and Special Prosecutions Section