IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| LAYE SEKOU CAMARA | : | No. 22-cr-142 |

## **ORDER**

AND NOW, this 2nd day of January 2025, upon consideration of the Government's Motion and Memorandum of Law for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(D)(1) (Doc. 94), which was filed *ex parte*, *in camera* and under seal with the classified information security officer or designee, it is hereby **ORDERED** that the motion (Doc. 94) is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.