**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 22-142** |
| **LAYE SEKOU CAMARA** | : | |
| **a/k/a "K-1"** | | |
| **a/k/a "Dragon Master"** | : | |

<u>**GOVERNMENT'S FIFTEETH MONTHLY STATUS REPORT**</u>

     The United States of America, through its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Linwood C. Wright, Jr., Kelly M. Harrell and Patrick J. Brown, Assistant United States Attorneys for the district, and Chelsea Schinnour, Trial Attorney, United States Department of Justice, pursuant to this Court's October 3, 2023 order, respectfully submits its fifteenth monthly status report as follows:

     1.     As the Court is aware, all issues relating to Classified Information Procedures Act (CIPA) litigation have been resolved.

     2.     The parties recently met and resolved issues relating to stipulations. The parties are scheduled to meet in the near future to, if possible, resolve any issues relating to exhibits.

     3.     The government anticipates that its witnesses from Liberia will arrive in the United States in the near future, and that the government will be prepared to go to trial on the date assigned by the Court.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


/s/ Linwood C. Wright, Jr.
LINWOOD C. WRIGHT, JR.
KELLY M. HARRELL
PATRICK J. BROWN
Assistant United States Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Government's Fifteenth Monthly Status

Report, was filed electronically on the Electronic Case Filing system, is available for viewing

and downloading from the ECF system, and/or was served electronically on the following:

PANTELLIS PALIVIDAS
ELLIS LEGAL, LLC
100 S. BROAD STREET SUITE 1910
PHILADELPHIA, PA 19110
ellis@ellis-legal.com

RICHARD J. FUSCHINO , JR.
LAW OFFICE OF RICHARD J. FUSCHINO
1600 LOCUST ST
PHILADELPHIA, PA 19103
rjf@fuschinolaw.com


/s/*Linwood C. Wright, Jr.*
LINWOOD C. WRIGHT, JR.
Assistant United States Attorney



DATED: January 6, 2025