IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-cr-142 |
| LAYE SEKOU CAMARA | | |

## ORDER FOR PRESENTENCE INVESTIGATION REPORT

AND NOW, on this 16th day of January 2025, upon the defendant's plea of guilty to **count(s) 1 through 4** of the **superseding indictment**, it is hereby **ORDERED** that the United States Probation Office shall conduct a presentence investigation and prepare a report. The **sentencing** is scheduled for **May 19, 2025** at **9:00 AM** in **courtroom 11-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

Pursuant to the Sentencing Reform Act of 1984, and in accordance with the Federal Rules of Criminal Procedure, it is further **ORDERED** as follows:

1. The defendant shall meet and confer with the assigned probation officer for the presentence investigation interview. The defendant's attorney may also attend the presentence interview, if possible.

2. At least thirty five (35) days prior to the sentencing hearing, the probation officer must furnish the presentence investigation report to the defendant, the defendant's counsel, and the attorney for the United States. The probation officer's recommendation for sentence shall not be disclosed unless directed by the Court.

1

3. Within fourteen (14) days after receiving the presentence investigation report, the parties shall submit objections to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the report. Any objections to the report must be submitted to the probation officer in writing.

4. Should the attorney for the United States intend to file a motion for a departure from the sentencing guideline range, or from a statutory mandatory sentence, then the attorney must notify the probation officer and provide supporting documentation for the motion on or before the objection period deadline.

5. No later than seven (7) days prior to the sentencing hearing, the probation officer must submit the final presentence investigation report, the objection addendum, and the recommendation to the Court. At the same time, the probation officer must deliver the revisions of the report and the objection addendum to the defendant, the defendant's counsel, and the attorney for the United States.

6. The presentence investigation report is a confidential document and shall not be made public. In accordance with Rule 32(b)(3)(A) of the Federal Rules of Criminal Procedure, the probation officer must disclose the report to the attorneys of record for the purpose of sentencing. Counsel may retain copies of the report.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Copy sent: CM/ECF

Cc: Counsel
Probation Office